# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MUELLER WATER PRODUCTS, INC., MUELLER INTERNATIONAL, INC. and MUELLER CO. LTD.,** | |
| Plaintiffs, | Civil Action No. _____ |
| v. | |
| **MUELLER INDUSTRIES, INC.,** | |
| Defendant. | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 3.3 of the Local Rules of the Northern District of Georgia and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Mueller Water Products, Inc., Mueller International, Inc. and Mueller Co. Ltd. (collectively, "Plaintiffs") make and file their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned certifies that the following is at present a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation owning 10% or more of a party's stock:

Plaintiffs: Mueller Water Products, Inc. (parent; publicly-held corporation)

        Mueller International, Inc. (wholly-owned, indirect subsidiary of Mueller Water Products, Inc.)

        Mueller Co., Ltd. (wholly-owned, indirect subsidiary of Mueller Water Products, Inc.)

<u>Defendant</u>: Mueller Industries, Inc.

(2) The undersigned additionally certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiffs in this proceeding:

    William H. Brewster

    R. Charles Henn Jr.

    Sabina A. Vayner

[*Signature on following page*]

This 9th day of September 2010.

       Respectfully submitted,

/s/ R. Charles Henn Jr.
William H. Brewster (Ga. Bar No. 080422)
R. Charles Henn Jr. (Ga. Bar No. 347098)
Sabina A. Vayner (Ga. Bar No. 565211)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:  bbrewster@kilpatrickstockton.com
       chenn@kilpatrickstockton.com
       svayner@kilpatrickstockton.com

*Attorneys for Plaintiffs*